1080

[No. 21329-0-II.     Division Two.     November 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL LOUIS
FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-1-01018-1, Edwin L. Poyfair, J., entered
October 17, 1996. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, C.J., and Seinfeld,
J.

[No. 22939-1-II.     Division Two.     November 5, 1999.]

·*In the Matter of the Marriage of* GEORGE STEVENSON,
*Appellant*, and GLORIA J. STEVENSON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 97-3-00194-9, Jay B. Roof, J., entered February
6, 1998. *Affirmed* by unpublished opinion per Seinfeld, J.,
concurred in by Bridgewater, C.J., and Morgan, J.

[No. 23200-6-II.     Division Two.     November 5, 1999.]

SCOTT W. CLIFFORD, ET AL., *Appellants*, v. DAVID M.
MATTESON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Ska-
mania County, No. 98-2-00034-3, E. Thompson Reynolds,
J., entered April 16, 1998. *Reversed* by unpublished opinion
per Morgan, J., concurred in by Bridgewater, C.J., and
Houghton, J.

[No. 23488-2-II.     Division Two.     November 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN G.
NORTHRUP, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 98-1-00387-1, Robert L. Harris, J., entered
June 29, 1998. *Affirmed* by unpublished opinion per Hough-
ton, J., concurred in by Bridgewater, C.J., and Armstrong,
J.